905 F.2d 1531
 Raynovich (Theodore)
v.
Brown (Dr. Torrey C.), Macklaucklan (Donald E.), Yoder
(Gary), Gregory (Michael), Glendock, Inc., Thayer (Jon,
Jeanne), Stuck (Robert, Deborah), Clark (James, Jean),
McClosky (Robert, Barbara), Shiring (Paul, Johanne), Nebel
(William, Constance), c/o Shiring (Paul), Campbell (George,
Theresa), c/o Shiring (Paul), Goldammer (Wulfrin, Rose),
White (Dale, Barbrah), Macgowan (Charles, Gloria)
 NOS. 90-1703, 90-1704
 United States Court of Appeals,
Fourth Circuit.
 MAY 18, 1990
 
 1
 Appeal From: D.Md.
 
 
 2
 DISMISSED.